**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**V.**                                                    Case No: 2:11-CV-349-FtM-UASPC

**871,234.00 SEIZED FROM
STANDARD CHARTERED BANK
ACCOUNT NUMBER
3582036023001, HELD IN THE
NAME OF BANK INTERNASIONAL
INDONESIA,**

    **Defendant.**

_____/

## ORDER

This matter comes before the Court upon review of the file. A clerk's default has previously been entered in this case against the Defendant $871,234.00. (Doc. #14). Plaintiff subsequently filed an Amended Complaint for Forfeiture in Rem pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), as proceeds traceable to the commission of bank fraud in violation of 18 U.S.C. § 1344. (Doc. #21). On April 24, 2012, the Plaintiff published the Amended Notice of the civil forfeiture. (Doc. 26). The claim deadline was June 23, 2012 and no claim was filed in the instant civil forfeiture action, including nothing filed by Crosswise Investments, Ltd.'s, and time expired for filing a claim or contest forfeiture. As such, Plaintiff filed another Motion for Clerk's Entry of Default (Doc. #27) on June 27, 2012. The Court granted Plaintiff's Motion for Clerk's Entry of Default on July 3, 2012. (Doc. #28). The Clerk entered a default against the Defendant $871,234.00 on July 9, 2012. (Doc. #29).

As an Amended Complaint for Forfeiture in Rem was filed in this matter and a Clerk's Default has been entered with regard to the Amended Complaint, the Clerk's Default entered on the original Complaint (Doc. #14) is due to be set aside.

Accordingly, it is now

**ORDERED:**

The Clerk of the Court is hereby directed to **SET ASIDE** the Clerk's Default (Doc. #14) entered on December 16, 2011. This Order in no way affects the Clerk's Default (Doc. #29) entered on July 9, 2012.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record